IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL CONTRERAS,

    Plaintiff,

v.                                                                         No. CV 21-318 KG/CG

CHRISTINE WORMUTH,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 HEARING

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 9), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for **July 29, 2021, at 2:00 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE