IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL CONTRERAS

    Plaintiff,

v.                                                       Civ. No. 2:21-00318 KG-SMV

CHRISTINE WORMUTH, in her official
capacity as SECRETARY OF THE ARMY,

    Defendant.

## **ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

This matter comes before the Court on the parties' Joint Motion to Extend Pretrial Deadlines, filed December 2, 2021 (Doc. 21). The Court, having considered the motion, finds good cause to grant the Motion.

WHEREFORE, IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Pretrial Deadlines, filed June 16, 2021 (Doc. 21) is granted, and the Scheduling Order is modified as follows:

    a)      Plaintiff's Expert Disclosures – November 3, 2021 to **January 15, 2022.**

    b)      Defendant's Expert Disclosures – December 3, 2021 to **February 15, 2022.**

    c)      Termination date for discovery – from January 4, 2022 to **March 15, 2022**.

    d)      Motions relating to discovery – from January 24, 2022 to **April 5, 2022.**

    e)      Pretrial motions other than discovery motions (including motions which may require a Daubert hearing) – from February 3, 2022 to **May 16, 2022.**

The deadlines for submitting the pretrial order will be reset 60 days prior to trial.

**IT IS SO ORDERED.**

_____
JUDGE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted and Approved by:

*/s/ approved via email 12.2.21*
LETICIA DOMINGUEZ
The Dominguez Law Firm PLLC
*Attorneys for Plaintiff*

-and-

*/s/ Erin Langenwalter*
ERIN LANGENWALTER
Assistant U.S. Attorney

*Attorneys for Defendant*