# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SAMUEL CONTRERAS,

    Plaintiff,

v.                                             No. 21-cv-0318 KG/SMV

CHRISTINE WORMUTH,[1]
**Secretary of the Army**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     February 17, 2022, at 9:30 a.m. MST

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **February 17, 2022, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

**IT IS SO ORDERED.**

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**

---

[1] *See* Fed. R. Civ. P. 25(d) (automatic substitution of successor public official).