IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SAMUEL CONTRERAS**

    **Plaintiff,**

**v.**                                                                                                 Civ. No. 2:21-00318 DHU-SMV

**CHRISTINE WORMUTH, in her official**
**capacity as SECRETARY OF THE ARMY,**

    **Defendant.**

## ORDER GRANTING SECOND JOINT MOTION
## TO EXTEND PRETRIAL DEADLINES

This matter comes before the Court on the parties' Second Joint Motion to Extend Pretrial Deadlines, filed March 8, 2022 (Doc. 28). The Court, having considered the motion, finds good cause to grant the Motion.

WHEREFORE, IT IS HEREBY ORDERED that the parties' Second Joint Motion to Extend Pretrial Deadlines, filed March 8, 2022 (Doc. 28) is granted, and the Court's Order Granting Joint Motion to Extend Pretrial Deadlines, filed December 3, 2021 (Doc. 22) is modified as follows:

    a)    Termination date for discovery – from March 15, 2022, to **May 2, 2022.**

    b)    Motions relating to discovery – from April 5, 2022, to **May 23, 2022**

    c)    Pretrial motions other than discovery motions (including motions which may require a Daubert hearing) – from May 16, 2022, to **July 1, 2022.**

The deadlines for submitting the pretrial order will be reset 60 days prior to trial.

IT IS SO ORDERED.

_____
JUDGE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted and Approved by:

*/s/ Email approval March 8, 2022*
LETICIA DOMINGUEZ
The Dominguez Law Firm PLLC
*Attorneys for Plaintiff*


-and-

*/s/ Erin Langenwalter*
ERIN LANGENWALTER
Assistant U.S. Attorney

*Attorneys for Defendant*